AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

AUNITED STATES OF AMERICA

**APPEARANCE**

-V-

Case Number: 07 Cr. 1150 (VM)

MANUEL MELO,
    Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MANUEL MELO
(Appointed pursuant to the Criminal Justice Act, 2/4/2008)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/15/2008 | *[signature: Thomas H. Nooter]* |
| Date | Signature |
| | THOMAS H. NOOTER     TN-8080 |
| | Print Name     Bar Number |
| | 30 VESEY STREET, SUITE 100 |
| | Address |
| | NEW YORK     NY     10007 |
| | City     State     Zip Code |
| | (212) 608-0808     (212) 962-9696 |
| | Phone Number     Fax Number |