ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :    07 CR. 1150 (VM)
                                    :
        - against -                 :    ORDER
                                    :
                                    :
ARSENIO RODRIGUEZ AND MANUEL MELO,  :
                                    :
            Defendants.             :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Due to a conflict in the Court's calendar, the next conference currently scheduled for March 20, 2008 at 3:00 p.m. must be rescheduled. The next conference will be held on March 28, 2008 at 9:15 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until March 28, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         18 March 2008

                                    Victor Marrero
                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

Returned to chambers for scanning on 3/20/08.
Scanned by chambers on _____.

MICROFILMED MAR 1 9 2008 -3 00 PM