UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2022
```

UNITED STATES OF AMERICA,

    -against-

MANUEL MELO,

                      Defendant.

<u>ORDER</u>

07 Cr. 1150 (VM)

**VICTOR MARRERO, United States District Judge.**

    On October 13, 2020, the Court stayed defendant Manuel Melo's ("Melo") successive motion, pursuant to 28 U.S.C. § 2255, pending resolution of one or more of the following appeals before the Second Circuit: <u>United States v. McCoy</u>, No. 17-3515; <u>United States v. Collymore</u>, No. 19-596; <u>United States v. Morris</u>, No. 16-6. (<u>See</u> Dkt. No. 150.)

    On July 21, 2021, the Court also stayed proceedings pending the Supreme Court's decision in <u>United States v. Taylor</u>, No. 20-1459. (See Dkt. No. 407.) On June 21, 2022, the Supreme Court issued its decision in <u>Taylor</u>. <u>See</u> 142 S. Ct. 2015 (2022). The Supreme Court also remanded <u>McCoy</u>, <u>Collymore</u>, and <u>Morris</u> for consideration in light of <u>Taylor</u>.

    However, a review of the inmate locator webpage, operated by the Bureau of Prisons, indicates that Melo was released from custody on November 22, 2017.[1]

---

[1] The Court's records indicate that Melo's Register Number is 70425-054.

Accordingly, it is hereby

**ORDERED** that, by August 16, 2022, the parties shall update the Court on whether defendant Manuel Melo ("Melo") is still in custody, or whether Melo's motion, under 28 U.S.C. § 2255, is moot due to his release from custody.

**SO ORDERED.**

Dated: August 9, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.