**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/22
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          -against-<br><br>MANUEL MELO,<br><br>                              Defendant. | **ORDER**<br><br>**07 Cr. 1150 (VM)** |
| MANUEL MELO,<br><br>                              Petitioner,<br><br>          -against-<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | **11 Civ. 1592 (VM)** |

**VICTOR MARRERO, United States District Judge.**

On August 16, 2022, defendant Manuel Melo filed a letter stating that his motion, pursuant to 28 U.S.C. § 2255, is not moot although he was released from custody. (See Cr. Dkt. No. 162; Civ. Dkt. No. 18.) Melo's letter notes that the Government agrees that Melo's petition is not moot, although it does not join all of Melo's arguments. (See id.)

On August 17, 2022, the Government filed a letter stating that the parties agree that Melo's petition should be stayed pending a decision from the Second Circuit in Savaca v. United States, No. 20-1502. (See Cr. Dkt. No. 163; Civ. Dkt. No. 19.)

1

Accordingly, it is hereby

**ORDERED** that the resolution of defendant Manuel Melo's motion, pursuant to 28 U.S.C. § 2255, is held in abeyance pending a decision in one or more of the following cases before the Second Circuit: Savoca v. United States, No. 20-1502; United States v. McCoy, No. 17-3515; United States v. Collymore, No. 19-596; United States v. Morris, No. 16-6.

**SO ORDERED.**

Dated: August 18, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.