```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

MANUEL MELO,

                Defendant.

**ORDER**

**07 Cr. 1150 (VM)**

---

MANUEL MELO,

                Petitioner,

    - against -

UNITED STATES OF AMERICA,

                Respondent.

**11 Civ. 1592 (VM)**

---

**VICTOR MARRERO, United States District Judge.**

The parties are hereby directed to, within twenty-one (21) days of the date of this Order, advise the Court by letter of their positions with respect to the following:

- whether proceedings with respect to the defendant's outstanding 18 U.S.C. § 2255 petition (the "Petition") should continue to be held in abeyance (see Cr. Dkt. No. 164; Civ. Dkt. No. 20), and

- whether and to what extent further briefing is required with respect to the Petition.

**SO ORDERED.**

1

Dated:    7 November 2023
          New York, New York

                                                                 Victor Marrero
                                                                 U.S.D.J.